# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 25, 2011

Honorable Jimm Larry Hendren
Suite 559
35 E. Mountain
Fayetteville, AR  72701-0000

      RE:  11-1773  In Re: David Stebbins

Dear Judge Hendren:

      On April 8, 2011 we forwarded to you a Petition for Writ of Mandamus along with a request for a response to the petition.   We have now received an inquiry from the petitioner as to the filing of the response.   Please inform the court of the status of your response at your earliest convenience.

                                    Michael E. Gans
                                    Clerk of Court

LLB


cc:     Mr. Christopher R. Johnson
          Mr. David Anthony Stebbins

          District Court/Agency Case Number(s):   5:10-cv-05125-JLH