# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1773
_____

|  |  |  |
|---|---|---|
| in re DAVID STEBBINS | ) ) ) ) ) ) | on Petition for Writ of Mandamus |

### SUGGESTION IN SUPPORT OF MOTION FOR DEFAULT

Comes now *pro se* Petitioner David Stebbins, who respectfully submits the following suggestion in support of my motion for default.

On Monday, April 25, 2011, the Clerk asked the District Court Judge against whom I seek mandamus relief to file a reply to my motion for default "at [his] earliest convenience."

Your Honors, does it really matter why he did not reply within the allotted time? Keep in mind, his failure to even speak on issues is the main reason I am petitioning this court for mandamus relief in the first place! Why do you even *care* why he has failed to reply? This is merely the same behavior that prompted the filing of the petition in the first place.

What happens if he still does not reply to my motion for default within two weeks? What happens then? Does he get *another* chance to reply? My rights are being prejudiced, in this case!

Think about it this way: Suppose you were considering holding someone in contempt for failure to appear. You give him until April 22, 2011 to file a document showing what cause, in any, for why he should not be held in contempt. He does not file the document within the allotted time.

At that point, you would probably just hold him in contempt, straight away, would you not? Well, what is different about this?

Keep in mind, he must pass judgment on these motions, anyway, and mandamus relief is merely

injunctive relief applied to District Court judges, so I do not see why this is such a big deal.

Your Honors, please end this charade. Please grant the mandamus relief! My rights have been prejudiced enough as it is; please do not contribute to the problem.

Wherefore, I respectfully pray that you grant the mandamus relief.

*David S tebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com