# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

IN RE DAVID STEBBINS                              CASE NO. 11-1773

### RESPONSE TO PETITION FOR WRIT OF MANDAMUS

Comes now Respondent Jimm Larry Hendren, United States District Judge, Western District of Arkansas, and for his Response to the Petition For Writ Of Mandamus, states as follows:

1.  First, Respondent seeks leave of Court, pursuant to **F.R.C.P. 26(b)**, to file a belated Response To Petition For Writ Of Mandamus. Due to the press of business, Respondent inadvertently overlooked the Court's April 8, 2011, request for a response to the Petition For Writ Of Mandamus.

2.  With regard to the merits of the Petition, Respondent submits that it has none. A writ of mandamus is an extraordinary remedy which will lie only for such purposes as correcting a clear abuse of discretion, **In re Apple, Inc.**, 602 F.3d 909, 911 (8th Cir. 2010), or a judicial usurpation of power, **In re MidAmerican Energy Co.**, 286 F.3d 483, 486 (8th Cir. 2002). Nothing of that nature is complained of here.

3.  Petitioner complains of what he perceives as undue delay in responding to two motions, one filed on February 15, 2011, and one filed on March 4, 2011. Petitioner filed his Petition For Writ Of Mandamus on April 6, 2011. The time elapsed between the filing of the first motion at issue to the filing of the Petition

For Writ Of Mandamus was 48 days -- 14 of which were allowable to the defendant in the underlying case to respond to the motion under **Rule 7.2** of the **Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas**. That means the first motion was ripe for 34 days before Petitioner filed his Petition For Writ Of Mandamus. Given Respondent's caseload, and especially the constant pressure of the criminal docket, a 34-delay is not an undue delay.[1]

    4.    Because the Petition For Writ Of Mandamus is without merit, Respondent prays that it be denied.

Respectfully submitted,

  /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

    I, Jimm Larry Hendren, United States District Judge, Western District of Arkansas, hereby certify that I filed the foregoing with the Clerk of Court at ca08ml_8ck_docketing@ca8.uscourts.gov, and also mailed a copy thereof to:

David Stebbins
1407 North Spring Road, Apt. 5
Harrison, AR  72601

  /s/ Jimm Larry Hendren
JIMM LARRY HENDREN

---

[1] When the first motion was filed, Respondent had 436 active cases on his docket. This load was lightened considerably upon the investiture of the Honorable P.K. Holmes, but as of March 16, 2011, Respondent still had 234 active cases on his docket, many of which were behind schedule due to the earlier caseload. In the twelve-month period ending March 31, 2011, Respondent disposed of 308 civil matters and 151 criminal matters.

-2-

UNITED STATES DISTRICT JUDGE