# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1773

_____

|  |  |  |
|---|---|---|
| ) | | |
| ) | | |
| in re DAVID STEBBINS ) | | on Petition for Writ of Mandamus |
| ) | | |
| ) | | |

### REPLY TO RESPONSE TO PETITION FOR WRIT OF MANDAMUS

Comes now Petitioner David Stebbins, who respectfully submits the following reply to Respondent's Response to my Petition for Writ of Mandamus.

1. Respondent's excuse for his delay is ridiculous.  First off, I initially filed a notice of appeal, not realizing, at that point, that I was supposed to file a petition for a writ of mandamus directly with the appellate court.  I moved for leave to appeal in forma pauperis in that case, and that petition was granted.  See Document #44 in the District Court proceedings.  Only a judge can grant that petition, which proves that Hon. Hendren obviously had time to rule on that petition, so why can't he respond to a petition for a writ of mandamus?

2. The Respondent's granting of my IFP petition is also proof that his delay is not "undue."  If he can pass judgment on my IFP application, he can pass judgment on my motion for default, as it is even simpler than that.

3. Respondent claims that he had over 200 cases, which bogged him down.  However, he was still able to timely reply to all of my motions in the case #10-3041, and did not take nearly as long as he did, in case #10-5125.  If he is so busy, why was he able to so timely reply to the documents in that case?

4. Even if it is true, it is not legally valid.  How would you feel if a lawyer claimed that he did not

respond to a dispositive motion because he had too many clients?

5. If Hon. Hendren really really wants to avoid this mandamus relief, here is an idea: Rule on the motions! That is not rocket science. Why don't you finally get around to ruling on my motions

6. Because the respondent's reply is factually implausible, I respectfully pray that my petition for writ of mandamus be granted.

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com